UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

03 cr 1104-02 (JGK)

-against-

**MEMORANDUM AND ORDER**

FERNEY DARIO RAMIREZ
                Defendant.
-----------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

      The Clerk of this Court is directed to serve, by certified mail return receipt requested, a copy of this order, together with a copy of the petition, on the United States Attorney for the Southern District of New York (the Government), who shall answer or move with respect to the motion to vacate sentence within sixty (60) days from the date of receipt of this order.

      The Government shall submit transcripts of all proceedings, any briefs submitted on appeal and the record in any post-conviction proceedings.

      The defendant's time to reply to the Government's response shall be thirty (30) days after receipt of the Government's response.

**SO ORDERED.**

                                                    JOHN G. KOELTL
                                      UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       April 15, 2009

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/2009